STATE v. GRAVES

No. 456P97

Case below: 126 N.C.App. 831

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 November 1997.

STATE v. HELMS

No. 468PA97

Case below: 127 N.C.App. 375

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1997.

STATE v. HILL

No. 503P97

Case below: 127 N.C.App. 554

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 4 December 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 December 1997.

STATE v. HUDSON

No. 512P97

Case below: 127 N.C.App. 557

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 28 October 1997.

STATE v. HURST

No. 441P97

Case below: 127 N.C.App. 54

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997. Motion by Attorney General to dismiss appeal allowed November 1997.